1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

JERALD BOWEN, et al.,

        Plaintiffs,

v.

MCKESSON CORPORATION et al.,

        Defendants.

Case No. 1:12-cv-01906-LJO-SKO

**ORDER GRANTING JOINT MOTION TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS AGAINST ELI LILLY AND COMPANY ONLY**

    The parties have filed a joint motion to dismiss the claims of certain Plaintiffs ("Dismissed Plaintiffs") against Eli Lilly and Company ("Lilly") in this action. Being sufficiently advised, it is hereby

    **ORDERED** as follows:

    1.    The parties' Joint Motion to Dismiss is GRANTED.

    2.    This dismissal is without prejudice for 60 days from the date of the entry of the order on this motion (the "Order").

    3.    Between the date of the Order and 60 days from the date of the Order, a Dismissed Plaintiff must refile in the appropriate United States District Court located in Plaintiff's home jurisdiction should they choose to reassert a claim against Lilly.  Any such complaint must include as an exhibit evidentiary support of the Dismissed Plaintiff's use of product manufactured or sold by Lilly.

    4.    For any complaint filed pursuant to the terms of Paragraph 2 above, (a) all defenses to which Lilly was entitled as of the effective date of the original complaint in this action against Lilly are preserved, and (b) Lilly may not assert

any statute of limitations defense based solely on the passage of time between the effective date of the original complaint against Lilly and the filing of the complaint pursuant to Paragraph 2 above.

5.      If a Dismissed Plaintiff does not file a new complaint pursuant to Paragraph 2 above, this dismissal will automatically become a dismissal with prejudice under Federal Rule of Civil Procedure 54(b), effective on the 61st day after the date of the entry of the Order, without further court order.

6.      Each party will bear his, her, or its own fees and costs.

7.      The Dismissed Plaintiffs are the following:

| DISMISSED PLAINTIFFS |
|---|
| Joan Bossert |
| Donna Bostick |
| William Bowman |
| Geraldine Bracken |
| Mabel Braddy |
| Abbei Brawley |
| Angelia Bridges |
| Margie Brinkley |
| Gordon Britt |
| Trina Broadnax |
| Curtis Brown |
| James Brown |
| John Brown |
| Patricia Brown |
| Pearline Brown |
| Robert Brown |
| Antoinette Brush |
| Linda Bryan |
| Carletha Buggs |
| Jozetta Bullock |
| Marilyn Bullock |
| Ginger Burchett |
| Mary Burke |
| Leroy Burns |

| DISMISSED PLAINTIFFS |
| --- |
| Christopher Calkins |
| Phyllis Campbell |
| Cathy Carroll |
| Neldra Carroll |
| Robert Carver |
| Ervin Cassell |
| Retha Castellon |
| Mabel Chambers |
| Joseph Cheney |
| Charles Childs |
| Gladys Chism |
| Don Coffee |
| Laretia Colbert |

8.    The claims of the following Plaintiffs against Lilly in the above-captioned action remain pending:

| REMAINING PLAINTIFFS |
| --- |
| Jerald Bowen |
| Regina Boykin |
| Marjorie Brasher |
| Sybol Bray |
| Wanda Brewer |
| Carolyn Byrd |
| Joseph Caldwell |
| Lynne Claughton |
| John Clibrey |
| Carolyn Coley |
| George Connor |
| Charlie Cook |

IT IS SO ORDERED.

Dated:   __March 1, 2016__                __/s/ Lawrence J. O'Neill__
                                                          UNITED STATES DISTRICT JUDGE