<mark>Case: 2:16-cv-00065-DCR   Doc #: 54   Filed: 03/15/16   Page: 1 of 4 - Page ID#: 1599</mark>

<mark>Sedgwick_LLP</mark>

1  Karen Woodward
   Christopher P. Norton
2  Sedgwick LLP
   801 South Figueroa Street
3  20th Floor
   Los Angeles, CA 90017
4  Phone:  (213) 426-6900
   Fax:      (213)426-6921
5  Email: karen.woodward@sedgwicklaw.com
   Email:  christopher.norton@sedgwicklaw.com
6
   *Attorneys for Xanodyne Pharmaceuticals, Inc.*
7
   *(Additional counsel on next page)*
8

9                **UNITED STATES DISTRICT COURT**

10                **EASTERN DISTRICT OF CALIFORNIA**

11

| JERALD BOWEN et al., | CASE NO. 1:12-cv-1906-LJO-SKO |
|---|---|
| Plaintiffs, | **JOINT STIPULATION RE: MOTION TO TRANSFER BRIEFING SCHEDULE AND STAY** |
| vs. | |
| MCKESSON CORPORATION, et al., | JUDGE:    Hon. Lawrence O'Neill |
| Defendants. | DATE FILED:     November 14, 2012<br>DATE REMOVED: November 20, 2012<br>TRIAL DATE:     None Set |

1  Jennifer A. Lenze (CA#246858)
   Laurie E. Kamerrer (CA #281137)
2  Jaime E. Moss, Esq. (CA # 285761)
   Lenze Kamerrer Moss, PLC
3  1300 Highland Ave., Suite 207
   Manhattan Beach, CA 90266
4  Tel: (310) 322-8800
   Fax: (310) 322-8811
5  jlenze@lkmlawfirm.com
   kamerrer@lkmlawfirm.com
6  moss@lkmlawfirm.com
   *Attorneys for Plaintiffs*
7
   Matthew J. Sill (OK #21547)
8  (*Pro hac Vice Application Pending*)
   Sill Law Group, PLLC
9  14005 N. Eastern Avenue
   Edmond, OK  73103
10 Phone: (405) 509-6300
   Fax:  (405) 509-6268
11 matt@sill-law.com
   *Attorneys for Plaintiffs*
12
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

83046680v1

2

JOINT STIPULATION RE: MOTION TO TRANSFER

1  Pursuant to this Court's February 26, 2016 Minute Order [Dkt. No. 49], Plaintiffs and Defendants in the above captioned case hereby stipulate and agree as follows regarding Defendants' anticipated motion to transfer:

WHEREAS, Defendants intend to file a motion to transfer this action to the Eastern District of Kentucky pursuant to 28 U.S.C. § 1404;

WHEREAS, Defendants and Plaintiffs have conferred, and agreed to the following briefing schedule for Defendants' motion to transfer: (1) Defendants' motion to be filed on or before March 25, 2016 (2) Plaintiffs' response to be filed on or before April 8, 2016; (3) Defendants' reply to be filed on or before April 15, 2016; the motion shall be heard on April 28, 2016, at 8:30 a.m., subject to the availability of the Court;

WHEREAS, the parties agree that discovery and any Rule 26 disclosure obligations should be stayed pending resolution of Defendants' motion to transfer to be set if the cases remain;

WHEREAS, the parties further agree that Defendants' responsive pleading deadlines shall remain stayed until the issue of transfer is resolved and then shall be set for some reasonable time should the cases remain;

DATED: March 11, 2016  Respectfully submitted,

SEDGWICK LLP

By: /s/ Christopher Norton
Karen Woodward
Christopher P. Norton
Attorneys for Defendant,
Xanodyne Pharmaceuticals Inc

///
///
///
///

SHOOK, HARDY & BACON

By  */s/ Tony M. Diab*
    Tony M. Diab
    Attorneys for Defendants
    Mallinckrodt Inc. and Covidien Inc.

LENZE KAMERRER MOSS, PLC

By  */s/ Jennifer A. Lenze*
    Jennifer A. Lenze (CA#246858)
    Laurie E. Kamerrer (CA #281137)
    Jaime E. Moss, Esq. (CA # 285761)
    Attorneys for Plaintiffs

SILL LAW GROUP PLLC

By:  */s/ Matthew J. Sill*
    Matthew J. Sill (OK#21547)
    (*Pro hac Vice Application Pending*)

    Attorneys for Plaintiffs

**PURSUANT TO STIPULATION,**

IT IS SO ORDERED.

Dated:  **March 15, 2016**　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE