# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD BOWEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, et al,<br><br>Defendants. | Case No. 1:12-cv-01906-LJO-SKO<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE THE CLAIMS OF CERTAIN PLAINTIFFS AGAINST ELI LILLY AND COMPANY ONLY** |

The parties have filed a joint motion to dismiss with prejudice the claims of certain plaintiffs against Eli Lilly and Company ("Lilly") in this action. Being sufficiently advised, it is hereby **ORDERED** as follows:

That the joint motion for an order to dismiss with prejudice the claims of certain plaintiffs against Lilly in the above-captioned action is hereby GRANTED, and the following plaintiffs' claims against Lilly are dismissed with prejudice, with each party to bear his, her or its own costs:  Regina Boykin, Marjorie Brasher, Sybol Bray, Wanda Brewer, Lynne Claughton, John Clibrey, Carolyn Coley, and Charlie Cook.

The claims of Jerald Bowen, Carolyn Byrd, Joseph Caldwell, and George Connor against Lilly in the above-captioned action remain pending.

IT IS SO ORDERED.

Dated:   **April 8, 2016**                     /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE